Millville Improvement Co. *v.* Pittsburgh Plate Glass Co.

---

The Millville Improvement Company, defendant and appellant,

*v.*

The Pittsburgh Plate Glass Company, complainant and respondent.

[Filed November 19th, 1900.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *14 Dick. Ch. Rep. 527.*

*Mr. Walter H. Bacon,* for the appellant.

*Mr. James J. Reeves,* for the respondent.

Per Curiam.

The decree appealed from is affirmed, for the reasons given by Vice-Chancellor Grey, who advised it.

This affirmance is, however, without prejudice to the parties in respect to any application they may be advised to make in

the court of chancery, when the cause is remitted, as to the mode of sale of the mortgaged premises directed by the decree.

*For affirmance* — THE CHANCELLOR, CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, BOGERT, ADAMS, VREDENBURGH—12.

*For reversal*—None.